IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC RAASCH, and ZACHARY RAASCH, | |
| Plaintiffs, | 4:23CV3226 |
| vs. | |
| CRITICAL SUPPLY SOLUTIONS INC., and YORKWIND CRAWFORD, | ORDER OF DISMISSAL |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 33). Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own costs.

Dated this 27th day of October, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge